FILED
FEBRUARY 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| DENISE HOLDER, on behalf of herself and all others similarly situated, Plaintiffs v. A.G. EDWARDS, INC., A.G. EDWARDS & SONS, INC., WACHOVIA SECURITIES, WACHOVIA CORP., Defendant | **08 C 1090** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF

**JUDGE LEINENWEBER
MAGISTRATE JUDGE COLE**

| NAME (Type or print) |
|---|
| Linda D. Friedman |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Linda D. Friedman |

| FIRM |
|---|
| Stowell & Friedman, Ltd. |

| STREET ADDRESS |
|---|
| 321 S. Plymouth Court  Suite 1400 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06190092 | (312) 431-0888 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐