**FILED**

**FEBRUARY 21, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Case Number:

DENISE HOLDER, on behalf of herself and
all others similarly situated,          Plaintiffs

v.

A.G. EDWARDS, INC., A.G. EDWARDS & SONS, INC.,
WACHOVIA SECURITIES, WACHOVIA CORP.,   Defendant

**08 C 1090**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE COLE**

| | |
|---|---|
| NAME (Type or print) <br> Suzanne E. Bish | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Suzanne E. Bish | |
| FIRM <br> Stowell & Friedman, Ltd. | |
| STREET ADDRESS <br> 321 S. Plymouth Court  Suite 1400 | |
| CITY/STATE/ZIP <br> Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06242534 | TELEPHONE NUMBER <br> (312) 431-0888 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐