IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DENISE HOLDER, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | Case No. 08-C-1090 |
| v. ) ) | Judge Harry D. Leinenweber |
| A.G. EDWARDS, INC., ) A.G. EDWARDS & SONS, INC., ) WACHOVIA SECURITIES, ) WACHOVIA CORP. ) ) | Magistrate Judge Cole<br><br>Jury Trial Demanded |
| Defendant. | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Denise Holder, hereby submits this Notice of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Plaintiff hereby dismisses this cause of action, with prejudice, each party to bear its own costs.

      Respectfully submitted,

      STOWELL & FRIEDMAN, LTD.

      By:   /s/ Linda D. Friedman

**STOWELL & FRIEDMAN, LTD.**
321 S. Plymouth Court, Suite 1400
Chicago, Illinois 60604
(312) 431-0888