## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1090 | **DATE** | 5/21/2008 |
| **CASE TITLE** | Denise Holder vs. A.G. Edwards, Inc., et al | | |

**DOCKET ENTRY TEXT**

In accordance with plaintiff's notice, this case is dismissed with prejudice, each party to bear its own costs.

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|